In the Court of Appeals
Twelfth Court of Appeals District
Tyler, Texas

No. 12-15-00090-CV

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN - 5 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

George N. Hall
    Appellant,

vs.

County of Anderson
    Appellee,

Appeal From The 349th

Judicial District Court

Anderson. County, Texas

Motion For Rehearing
VTCA. Rule of Civ. Proc R. 458

To The Honorable Judge of Said Court:

Comes Now George N. Hall TDCJ-ID # 01818077, Appellant pro-se In The Above Styled and Numbered Case In the Twelfth Court of Appeals, Respectfully Moves This Court For Motion For Rehearing pursuant to VTCA Rules of Civil. Procedure Rule 458. In Support Thereof Would Show This Honorable Court The Following:

I

(A) That Because of Appellants Limited Understanding of The Appeals Process. Asks Now That This Court Being Placed on Judicial Notice Reconze That He is A Lay-man at Law Filing All Notices at Law. Haines V. Kerner 404 U.S. 519, 20, 92 S.ct 594, 596 (1972) According to Kilgo V. Ricks 983 F.2d 109 (11th Cir 1993)

(B) Futher Appellants. Non Compliance Only Came The Mistaken Address of All Parties In the Claim But. The Notice of Appeal were Sent out timly According to Rules of Appellate Proc. 9.5 and 25.1 (c) A Certificate of This (see Attachment)

## PRAYER

WHEREFORE, Appellant Respectfully prays that this Honorable Court would not grant Movants Motion for Rehearing that He May Be Given Fair Equity at Law

RESPECTFULLY SUBMITTED

x _George Hall_

GEORGE A. HALL

Appellant, pro-se

## CERTIFICATE OF SERVICE

I, GEORGE A. HALL, Hereby Certify that a True and Correct copy of the Foregoing Document Has Been sent Via U.S. Regular Mail to the Clerk, Anderson County 500 N. Church Rm 18 Palestine, Texas 75801 and the Clerk, Twelfth Court of Appeals on this the 2 Day of JUNE, 2015

RESPECTFULLY SUBMITTED

x _George Hall_

GEORGE A. HALL

TDCJ-ID# 01818077

1098 S. HWY 2037

FT. STOCKTON 79735

May 4, 2015

To. Clerk, CATHY S. LUSK,

As Pursuant to Texas R. APP. P. 37.1 Notice is hereby given that the Notice of appeal filed in this case has been sent to the Clerk of 349th District Court Anderson County Palestine Texas 75801.

Applicant futher request this honorable court to stamp date and file this letter. As Applicant give this "Certificate of Service" to be also filed in this cause.

Very truly your

George Hall #1818077

Therefore additional time is needed for Applicant to either prepare and file the Petition (Motions) Pro Se or seek the assistance of an Attorney.

Wherefore Premises Considered the Applicant respectfully request this Honorable Court Extend time for filing a response to the Courts filing fee and other proceedings.

Respectfully Submitted

George Hall
George Hall # 1515077

Certificate Of Service

Applicant hereby certifies that a true and correct copy of the forgoing Motion has been mailed to 349th Judicial District Court of Anderson County Pakstine Texas. 75801 and to this Twelfth Court of Appeals.

George A. Hall
TDCJ-ID #1818027
LYNAUGH UNIT
1098 S. HWY. 2037
FT. STOCKTON, TX 79735

MIDLAND / ODESSA
TX 797 1 T
03 JUN 2015 PM

To THE, CLERK
TWELFTH COURT OF APPEALS
1517 WEST FRONT STREET STE #354
TYLER, TEXAS 75702

7570287854

LEGA